| | | |
|---|---|---|
| **DEVERN JOHNSON and JONATHAN** | ) | |
| **HODGES, on behalf of THEMSELVES** | ) | |
| **and All Others Similarly Situated,** | ) | |
| | ) | **Case No. 3:13-cv-00668** |
| **Plaintiffs,** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **v.** | ) | **MAGISTRATE JUDGE KNOWLES** |
| | ) | |
| **SUPREME OIL CENTRAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon Motion of Kenneth A. Weber, pursuant to M.D. Tenn. Local Rule 83.01(d) , and

for good cause shown, it is hereby ORDERED that:

Kelly Burns Gallagher
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
Telephone:  (860) 275-6700
Facsimile:  (860) 724-3397
kgallagher@mccarter.com

is allowed to appear *pro hac vice* in this matter on behalf of Defendant Supreme Oil Central, Inc.

**SO ORDERED.**

**ENTER:**

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED FOR ENTRY:


s/ Kenneth A. Weber
Kenneth A. Weber, Esq. (BPR No. 015730)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)

Attorneys for Defendant