## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| **DEVERN JOHNSON and JONATHAN HODGES, on behalf of THEMSELVES and All Others Similarly Situated,** | ) ) ) | |
| | ) | **Case No. 3:13-cv-00668** |
| Plaintiffs, | ) | |
| | ) | **JUDGE CAMPBELL** |
| v. | ) | **MAGISTRATE JUDGE KNOWLES** |
| | ) | |
| **SUPREME OIL CENTRAL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Kenneth A. Weber, a member in good standing, moves the Court to allow Pamela J. Moore to appear *pro hac vice* in this matter on behalf of the Defendant Supreme Oil Central, Inc. A certificate showing that Ms. Moore is in good standing with the United States District Court for the District of Connecticut is being filed contemporaneously herewith.

For purposes of the docket and service of documents, the contact information for Ms. Moore is as follows:

> Pamela J. Moore
> McCARTER & ENGLISH, LLP
> CityPlace I
> 185 Asylum Street
> Hartford, CT 06103-3495
> Telephone: (860) 275-6700
> Facsimile: (860) 724-3397
> pmoore@mccarter.com

Respectfully submitted,


s/ Kenneth A. Weber
Kenneth A. Weber, BPR No. 015730
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5760
Facsimile: (615) 744-5760
Email: kweber@bakerdonelson.com


Pamela J. Moore (*pro hac vice* motion pending)
Kelly Burns Gallagher (admitted *pro hac vice*)
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
Telephone:  (860) 275-6700
Facsimile:  (860) 724-3397
pmoore@mccarter.com
kgallagher@mccarter.com


Attorneys for Defendant

N KAW 979755 v1
2927316-000001  09/13/2013

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Jerry E. Martin, #20193
David W. Garrison, #24968
Scott P. Tift, #27592
Seth M. Hyatt, #31171
BARRETT JOHNSTON LLC
217 Second Avenue North
Nashville, TN 37201
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com


s/ Kenneth A. Weber
Kenneth A. Weber

N KAW 979755 v1
2927316-000001  09/13/2013