# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| DEVERN JOHNSON and JONATHAN HODGES, on behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) | |
| | ) | **Case No. 3:13-cv-00668** |
| Plaintiffs, | ) | |
| | ) | **JUDGE CAMPBELL** |
| v. | ) | **MAGISTRATE JUDGE KNOWLES** |
| | ) | |
| SUPREME OIL CENTRAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon Motion of Kenneth A. Weber, pursuant to M.D. Tenn. Local Rule 83.01(d) , and

for good cause shown, it is hereby ORDERED that:

Pamela J. Moore
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
Telephone:  (860) 275-6700
Facsimile:  (860) 724-3397
pmoore@mccarter.com

is allowed to appear *pro hac vice* in this matter on behalf of Defendant Supreme Oil Central, Inc.

**SO ORDERED.**

**ENTER:**

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED FOR ENTRY:


s/ Kenneth A. Weber
Kenneth A. Weber, Esq. (BPR No. 015730)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)


Pamela J. Moore (*Pro Hac Vice* Motion Pending)
Kelly Burns Gallagher (Admitted *Pro Hac Vice*)
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
Telephone:  (860) 275-6700
Facsimile:  (860) 724-3397
pmoore@mccarter.com
kgallagher@mccarter.com

Attorneys for Defendant

2