UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DEVERN JOHNSON and JONATHAN HODGES, on behalf of THEMSELVES and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 3:13-cv-00668<br>) |
| v. | ) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE KNOWLES<br>) |
| SUPREME OIL CENTRAL, INC., | )<br>) |
| Defendant. | )<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Kenneth A. Weber, a member in good standing, moves the Court to allow Craig M. Bonnist to appear *pro hac vice* in this matter on behalf of the Defendant Supreme Oil Central, Inc. A certificate showing that Mr. Bonnist is in good standing with the United States District Court for the Eastern District of New York is being filed contemporaneously herewith.

For purposes of the docket and service of documents, the contact information for Mr. Bonnist is as follows:

    Craig M. Bonnist
    McCARTER & ENGLISH, LLP
    One Canterbury Green
    201 Broad Street
    Stamford, Connecticut 06901
    Telephone: (203) 399-5800
    Facsimile: (203) 399-5900
    cbonnist@mccarter.com

Respectfully submitted,

s/ Kenneth A. Weber
Kenneth A. Weber, BPR No. 01573
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5760
Facsimile: (615) 744-5760
Email: kweber@bakerdonelson.com

Pamela J. Moore (admitted *pro hac vice*)
Kelly Burns Gallagher (admitted *pro hac vice*)
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
Telephone: (860) 275-6700
Facsimile: (860) 724-3397
pmoore@mccarter.com
kgallagher@mccarter.com

Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

       I hereby certify that on March 24, 2014, a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

       Jerry E. Martin, #20193
       David W. Garrison, #24968
       Scott P. Tift, #27592
       Seth M. Hyatt, #31171
       BARRETT JOHNSTON LLC
       217 Second Avenue North
       Nashville, TN 37201
       jmartin@barrettjohnston.com
       dgarrison@barrettjohnston.com
       stift@barrettjohnston.com
       shyatt@barrettjohnston.com

       s/ Kenneth A. Weber
       Kenneth A. Weber