**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **DEVERN JOHNSON and JONATHAN HODGES, on behalf of THEMSELVES and All Others Similarly Situated,** | ) ) ) | |
| | ) | |
| *Plaintiffs,* | ) ) | **COLLECTIVE ACTION** **CASE NO. 3:13-cv-00668** |
| **v.** | ) ) | |
| | ) | **JUDGE CAMPBELL** |
| **SUPREME OIL CENTRAL, INC.,** | ) | **MAGISTRATE JUDGE KNOWLES** |
| | ) | |
| *Defendant.* | ) | |

## '''''''FINAL ORDER OF DISMISSAL

It appears to the satisfaction of this Court, and based upon the representation of the Parties set forth in the Release and Settlement Agreement, that the Parties have settled this matter as a result of good faith negotiations and compromise, and that the settlement is a reasonable and fair settlement.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Joint Motion to Approve Settlement and Dismiss Case is GRANTED and that this matter should be and is hereby dismissed, with prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

Submitted for Entry on April 9, 2014:


/s/ Scott P. Tift
**JERRY E. MARTIN, #20193**
**DAVID W. GARRISON, #24968**
**SCOTT P. TIFT, #27592**
**SETH M. HYATT, #31171**
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com
shyatt@barrettjohnston.com

*Attorneys for Plaintiffs*


/s/ Craig M. Bonnist by SPT w/ permission
Craig M. Bonnist
MCCARTER & ENGLISH
One Canterbury Green
201 Broad Street
Stamford, CT  06901
cbonnist@mccarter.com

Kelly Gallagher
MCCARTER & ENGLISH
CityPlace I
185 Asylum Street
Hartford, CT  06103
kgalagher@mccarter.com

Kenneth A. Weber
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 372011
kweber@bakerdonelson.com

*Attorneys for Defendant*